# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 11-37196 |
| | ) | |
| Foster Condominium Corp. | ) | Hon. Judge Jack B. Schmetterer |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | | Hearing Date: 4/12/12 |
| | | at 1:30 p.m. |

## NOTICE OF MOTION

Foster Condominium Corp., through counsel, has filed its FOSTER CONDOMINIUM CORP.'S MOTION TO HAVE LEGAL ISSUES WAIVED AND FACTUAL DISPUTES WITHDRAWN BY NORTH COMMUNITY BANK with the Clerk of the Bankruptcy Court. A copy is attached to this Notice of Motion. A hearing on the motion is scheduled before the **Honorable Jack B. Schmetterer on April 12, 2012**, at **1:30 p.m.** in **Courtroom 682** of the **United States Bankruptcy Court, 219 South Dearborn Street, Chicago, Illinois 60604.**

/s/ Bruce de'Medici

Bruce de'Medici        #6184818
834 Forest Avenue
Oak Park, IL 60302
312.731.6778
e-mail: bdemedici@gmail.com

## CERTIFICATE OF SERVICE

I, Bruce de'Medici, an attorney who is licensed to practice law in the State of Illinois, certify that on the 9th day of April, 2012, I served the attached NOTICE OF MOTION and FOSTER CONDOMINIUM CORP.'S MOTION TO HAVE LEGAL ISSUES WAIVED AND FACTUAL DISPUTES WITHDRAWN BY NORTH COMMUNITY BANK upon the Registrants in this case through the Court's Electronic Notice for Registrants and upon James Hasier by electronic mail.

/s/ Bruce de'Medici

**Registrants Served through the Court's Electronic Notice for Registrants**

| Office of the United States trustee<br>E mail: USTPRegion11.es.ecf@usdoj.gov | Holly L. Carto<br>Martin & Karcazes Ltd.<br>Email: hcarto@martin-karcazes.com |
|---|---|
| | James Hasier<br>Martin & Karcazes Ltd.<br>Email: jhaiser@martin-karcazes.com |



Bruce de'Medici <bdemedici@gmail.com>

## Foster Condominium Corp.
1 message

**Bruce de'Medici** <bdemedici@gmail.com>                                   Mon, Apr 9, 2012 at 11:04 PM
To: "James A. Hasier" <jhasier@martin-karcazes.com>
Bcc: "Robert J. Ralis" <r.ralis@att.net>

I have attached Foster Condominium Corp.'s Motion to Have Legal Issues Waived and Factual Disputes
Withdrawn by North Community Bank

**4 attachments**

- **Notice of Motion Waive.pdf**
  80K

- **motion deem waived.pdf**
  73K

- **Ex. A.pdf**
  201K

- **Ex. B.pdf**
  245K

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | No. 11-37196 |
| | ) | |
| Foster Condominium Corp. | ) | Hon. Judge Jack B. Schmetterer |
| Debtor. | ) | Chapter 11 |
| | | Hearing Date: 4/12/12 |
| | | at 1:30 p.m. |

**FOSTER CONDOMINIUM CORP.'S MOTION**
**TO HAVE LEGAL ISSUES WAIVED AND FACTUAL DISPUTES**
**WITHDRAWN BY NORTH COMMUNITY BANK**

Foster Condominium Corp., debtor and debtor in possession, through counsel, submits this motion to have legal issues waived and factual disputes withdrawn by North Community Bank, and states in support as follows:

1. Pursuant to this Court's Final Pretrial Order dated March 2, 2012, parties were to file proposed Findings of Fact and proposed Conclusions of Law by no later than five calendar days prior to trial. (Exhibit "A"). The Debtor timely filed its proposed findings and conclusions five calendar days prior to trial, on April 7, 2012 (Docket [102]). Also pursuant to this Court's Final Pretrial Order, parties which did not file proposed conclusions of law timely "may be found to have waived legal issues not thereby presented" and parties which did not file proposed findings of fact "may be found to have withdrawn any dispute as to fact findings proposed by the other side."

2. Contrary to the foregoing, North Community Bank did not file any proposed findings of fact or conclusions of law for this case. North Community Bank did file a document entitled "CREDITOR'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW" in the electronic docket for this case, but in fact when doing so filed a document with a caption for an unrelated case, not the case captioned above.

(Exhibit "B"). The Clerk of the Court posted an entry for this non-filing, as follows:

"*Docket Text:* **Docketed on Wrong Case, Filer Notified to Refile** Proposed Findings of Fact and Conclusions of Law Filed by James A Hasier on behalf of North Community Bank. (Hasier, James) Modified on 4/9/2012 (Pruitt, Debra) (Docket [100]). As of 9:23 p.m., no action on the part of North Community Bank appears on the docket to correct its deficiency in not filing proposed findings of fact or conclusions of law.

3.  As of 9:45 p.m. on April 9, 2012, North Community Bank has no proposed findings of fact or conclusions of law on file with the caption for this case, and thus no findings of fact or conclusions of law on file in this case. Accordingly, North Community Bank has not complied with the Final Pretrial Order for filing findings of fact or conclusions of law and pursuant thereto should be deemed to have waived legal issues not timely presented and found to have withdrawn any dispute as to fact findings proposed by the Debtor.

WHEREFORE, Foster Condominium Corp. prays that this Honorable Court enter an order deeming North Community Bank to have waived legal issues not timely presented and withdrawn any dispute as to factual findings proposed by the Debtor, and grant such further relief as is just.

        Respectfully Submitted
        Foster Condominium Corp,
        debtor and debtor in possession

        By:    /s/ Bruce de'Medici
               One of its attorneys

Bruce de'Medici     #6184818
834 Forest Avenue
Oak Park, IL 60302
312.731.6778

2